

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00697-CR

Christopher Arthur **MAROUDAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 364789
Honorable Walden Shelton, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 10, 2014.

Catherine Stone, Chief Justice